UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
NORTH AMERICAN SPECIALTY    )
INSURANCE COMPANY,          )
                            )
            Plaintiff,      )   CIVIL ACTION NO.
                            )   05 CV 10336 (RWZ)
v.                          )
                            )
J & K FISHING CORP.,        )
                            )
            Defendant,      )
                            )
```

FILED
CLERKS OFFICE

2005 MAR 21  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3

Now comes plaintiff, North American Specialty Insurance Company, and hereby states pursuant to Local Rile 7.3, through undersigned counsel, that plaintiff, and all of its subsidiaries, are wholly owned by plaintiff's corporate parent, Swiss Reinsurance America Company.

Dated: March 17, 2005

Respectfully submitted,

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY

By its Attorneys,

Bradley F. Gandrup, Jr. (BBO No. 549794)
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1710
Boston, MA 02110-1727
Tel.: (617) 695-2330

1

## CERTIFICATE OF SERVICE

    I hereby certify pursuant to 28 U.S.C. § 1746 that a true copy of the above document was served upon Matthew J. Dupuy, Esq., Ardito, Sweeney, Stusse Robertson & Dupuy, P.C., 25 Mid Tech Drive, West Yarmouth, MA 02673, and David Ansel, Esq., Ansel & Associates, 66 Long Wharf, Boston, MA 02110, by mail on March 17, 2005.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2005
Boston, Massachusetts

_____
Bradley F. Gandrup, Jr. (BBO No. 54 9794)