UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR 26  P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY )<br>INSURANCE COMPANY,       )<br>                              )<br>         Plaintiff,          )<br>                              )<br>v.                            )<br>                              )<br>J & K FISHING CORP.,          )<br>                              )<br>         Defendant,           )<br>_____) | CIVIL ACTION NO. 05-10336 (RWZ) |

## NOTICE OF PLAINTIFF'S COUNSEL'S CHANGE OF ADDRESS

TO THE CLERK:

Please note that the undersigned, counsel for plaintiff, North American Specialty Insurance Company, has changed offices. The undersigned's new address and telephone number are set forth below. Please change your records accordingly.

Dated: April 22, 2005                NORTH AMERICAN SPECIALTY
                                     INSURANCE COMPANY

                                     By its Attorney,

                                     /s/ Bradley F. Gandrup
                                     _____
                                     Bradley F. Gandrup, Jr.
                                     B.B.O. No. 549794
                                     Holbrook & Murphy
                                     150 Federal St., 12th Floor
                                     Boston, MA 02110
                                     (617) 428-1151

1

2

## CERTIFICATE OF SERVICE

I, Bradley F. Gandrup, Jr., hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 22, 2005.

_____
Bradley F. Gandrup, Jr.