UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J & K FISHING CORP., ) <br> ) <br> Defendant, ) <br> _____ ) | CIVIL ACTION NO. 05-10336 (RWZ) |

### THE PARTIES' JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Now come the parties in the above-captioned action, and, by their attorneys, submit this Joint Statement in accordance with the provisions of Local Rule 16.1. The Court has scheduled an initial scheduling conference in this matter for May 11, 2005 at 3:30 p.m.

I.   **Nature of the Case**

   A.   **Plaintiff Underwriters' Statement as to the Nature of the Case**

Plaintiff, North American Specialty Insurance Co. ("Plaintiff Underwriters"), seeks a declaratory judgment, pursuant to 28 U.S.C. §§ 2201 *et seq.* and Fed. R. Civ. P. 57, concerning a certain marine insurance policy (the "Policy") issued to defendant, J & K Fishing Corp. ("Defendant"), in respect of its vessel the F/V ATLANTA, which capsized and sank approximately 25 nautical miles south of Chatham, Massachusetts on December 13, 2003. Plaintiff Underwriters have not denied coverage under the hull and machinery portion of the Policy, and in fact, advanced the Policy limit of $250,000 under the protection and indemnity portion of the Policy in connection with death and injury

1

The Plaintiff neither alleges nor can it prove that any breach of the warranty of seaworthiness contributed to or caused the loss of the vessel.

Further, Defendant has counterclaimed that Plaintiff's actions constitute a violation of Massachusetts General Laws Chapter 176D and also breach the covenant of good faith and fair dealing.

## II. Agenda for the Conference

### A. Plaintiff Underwriters' Proposed Agenda for the Conference

In addition to discussing a discovery schedule, Plaintiff Underwriters would also like to discuss with the Court at the scheduling conference: 1) Plaintiff Underwriters' possible motion for summary judgment, 2) Defendant's position concerning the depositions of its principals, Messrs. Silva and Carvalho, and, 3) pursuant to Fed. R. Civ. P. 16(c)(1), the elimination of Defendant's counterclaims, which Plaintiff Underwriters respectfully submit have no evidentiary support and are not warranted by existing law.

### B. Defendant's Proposed Agenda for the Conference

In addition to discussing a discovery schedule, Defendant would also like to discuss with the Court at the scheduling conference: 1) Addition of additional counterclaims and amendment of pleadings based upon factual depositions to occur in June – August 2005, and 2) Need to extend all dates, if necessary, based on Dr. Mohammed Munir's assessment of Jorge Carvalho.

## III. Obligation of Counsel to Confer

Counsel have conferred in accordance with the provisions of Local Rule 16.1. Attached hereto is Plaintiff's Certification Pursuant to LR 16.1(D)(3).

5. Plaintiff Underwriters will designate their trial expert(s) by September 16, 2005;

6. Defendant will designate its trial expert(s) by October 14, 2005;

7. The parties will complete expert discovery by November 18, 2005;

8. The parties will file all dispositive motions by December 16, 2005; and

9. The parties will thereafter attend a final pretrial conference to be scheduled by the Court.

**B. Defendant's Proposal as to Discovery**

1. The parties will file all amendments and supplements to pleadings, including all motions to add additional parties or claims, by August 1, 2005, unless discovery uncovers new information;

2. The parties will serve all written discovery requests by August 29, 2005;

3. The parties will complete all factual depositions by October 1, 2005;

4. The parties will thereafter attend a case management conference to be scheduled by the Court to discuss issues set forth in Local Rule 16.3.

5. Plaintiff Underwriters will designate their trial expert(s) by September 16, 2005;

6. Defendant will designate its trial expert(s) by October 14, 2005;

7. The parties will complete expert discovery by December18, 2005;

8. The parties will file all dispositive motions by February 1, 2006; and

9. The parties will thereafter attend a final pretrial conference to be scheduled by the Court.

VI.     **Trial by Magistrate Judge**

The parties do not consent to trial by Magistrate Judge.

Dated: May 4, 2005                     Respectfully submitted,

                                       NORTH AMERICAN SPECIALTY
                                       INSURANCE CO.

                                       By its attorney,

                                       _____
                                       Bradley F. Gandrup, Jr. BBO# 549794
                                       Holbrook & Murphy
                                       150 Federal Street, 12th Floor
                                       Boston, MA 02110
                                       Tel.: (617) 428-1151

                                       J & K FISHING CORP.

                                       By its attorneys,

                                       David J. Ansel /BFG
                                       _____
                                       David J Ansel, BBO# 019900
                                       Ansel & Associates
                                       66 Long Wharf
                                       Boston, MA  02110
                                       Tel.: (617) 367-0200
                                       Charles M. Sabatt /BFG
                                       Matthew Dupuy /BFG
                                       _____
                                       Charles M. Sabatt, BBO# 436740
                                       Matthew Dupuy, BBO#139000
                                       Ardito, Sweeney, Stusse, Robertson &
                                             Dupuy, P.C.
                                       25 Mid Tech Dr., Suite C
                                       West Yarmouth, MA 02673
                                       Tel.: (508) 775-3433

6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY,       )
                         )
         Plaintiff,      )      CIVIL ACTION NO. 05-10336 (RWZ)
                         )
v.                       )
                         )
J & K FISHING CORP.,     )
                         )
         Defendant,      )

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Plaintiff, North American Specialty Insurance Company, and its undersigned counsel, hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: May 4, 2005                    NORTH AMERICAN SPECIALTY
                                      INSURANCE COMPANY

                                      By its authorized representative,

                                      /s/ Allan Leavitt
                                      Allan Leavitt

1

By its attorney,

*[signature]*

Bradley F. Gandrup, Jr.
B.B.O. No.: 549794
Fitzhugh, Parker & Alvaro LLP
155 Federal St., Suite 1700
Boston, MA 02110-1727
(617) 695-2330

## CERTIFICATE OF SERVICE

I, Bradley F. Gandrup, Jr., hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on May 4, 2005.

*[signature]*

Bradley F. Gandrup, Jr.

2