UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY ) <br> INSURANCE COMPANY,         ) <br>                              ) <br>         Plaintiff,           ) <br>                              ) <br> v.                            ) <br>                              ) <br> J & K FISHING CORP.,         ) <br>                              ) <br>         Defendant,           ) <br> _____) | CIVIL ACTION NO. 05-10336 (RWZ) |

## PLAINTIFF'S ASSENTED TO
## MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Now comes plaintiff, North American Specialty Insurance Company ("plaintiff"), by its undersigned counsel, and hereby respectfully moves for a continuance of the scheduling conference currently set for Thursday, May 26, 2005. Counsel for defendant, J & K Fishing Corp., has assented to this Motion.

The reason for this Motion for Continuance is the death of a client, whose memorial service has been scheduled for Thursday, May 26, 2005, the same date as the above conference, in New Bedford, Massachusetts.

Plaintiff has requested no previous continuance in this case. Plaintiff therefore respectfully moves, with defendant's assent, that the May 26, 2005 scheduling conference be re-scheduled. Defendant's counsel has requested that, if possible, the conference be re-scheduled for Thursday, June 16, 2005. Plaintiff's counsel is generally free during the first three weeks in June, with the exception of Thursday, June 2, 2005.

1

Dated: May 23, 2005

Respectfully submitted,

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY

By its Attorneys,

_____
Bradley F. Gandrup, Jr. (BBO No. 549794)
Holbrook & Murphy
150 Federal Street, 12th Fl.
Boston, MA 02110
Tel.: (617) 428-1151, ext. 230

**ASSENTED TO:**

J & K FISHING CORP.

By its Attorneys,

_____
Charles M. Sabatt (BBO No. 436740)
Ardito, Sweeney, Stusse, Robertson &
    Dupuy, P.C.
25 Mid Tech Dr.
West Yarmouth, MA 02673

## CERTIFICATE OF SERVICE

I hereby certify pursuant to 28 U.S.C. § 1746 that a true copy of the above document was served upon Matthew J. Dupuy, Esq. and Charles M. Sabatt, Esq. of Ardito, Sweeney, Stusse Robertson & Dupuy, P.C., 25 Mid Tech Drive, West Yarmouth, MA 02673, and David Ansel, Esq., Ansel & Associates, 66 Long Wharf, Boston, MA 02110, by fax and by mail, on May 20, 2005.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2005
Boston, Massachusetts

_____
Bradley F. Gandrup, Jr. (BBO No. 549794)

2