UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
              )
        Plaintiff, ) Civil Action No. 05 CV 10336 (RWZ)
              )
v.            )
              )
J & K FISHING CORP., )
              )
        Defendant, )

## CERTIFICATION AS TO ALTERNATIVE DISPUTE RESOLUTION DISCUSSIONS
## RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules the undersigned hereby affirm that counsel for the Defendant and an authorized representative namely the undersigned being a principal of the Defendant have conferred as follows:

A.   With a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

B.   To consider the resolution of the litigation through the use of alternative dispute resolution through programs such as those outlined in Local Rule 16.4 and consideration of direct settlement discussions.

                    Defendant
                    J & K Fishing Corp.
                    By its Attorney,

                    Charles M. Sabatt
                    BBO# 436740
                    Ardito, Sweeney, Stusse,
                    Robertson & Dupuy, P.C.
                    25 Mid-Tech Drive, Suite C
                    West Yarmouth, Ma 02673
                    (508) 775-3433

1

J & K Fishing Corp.

By: *Kenneth J. Silva*
Kenneth Silva
Treasurer


Dated: June 10, 2005