UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
)
    Plaintiff, ) Civil Action No. 05 CV 10336 (RWZ)
)
v. )
)
J & K FISHING CORP., )
)
    Defendant, )
_____)

## CORPORATE DISCLOSURE STATEMENT
## LOCAL RULE 7.3

Now comes the Defendant in the above entitled action and pursuant to Rule 7.3 of the Local Rules hereby states that there is neither a parent corporation nor any publicly held company that owns ten percent or more of the Defendant's stock.

                      Respectfully submitted,
                      J & K Fishing Corp., Defendant
                      By its Attorney,

                      Charles M. Sabatt
                      BBO# 436740
                      Ardito, Sweeney, Stusse,
                      Robertson & Dupuy, P.C.
                      25 Mid-Tech Drive, Suite C
                      West Yarmouth, Ma 02673
                      (508) 775-3433

Dated: June 10 2005