UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) Civil Action No. 05 CV 10336 (RWZ) |
| v. | ) ) ) |
| J & K FISHING CORP., Defendant, | ) ) ) |

## CERTIFICATE OF SERVICE

I, Charles M. Sabatt, hereby certify that on June 10, 2005 I forwarded by first class mail, postage pre-paid a copy of the *Corporate Disclosure Statement* which was filed with this Court on June 10, 2005 to the following:

Bradley F. Gandrup, Jr., Esquire
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110

David J. Ansel, Esquire
David J. Ansel & Associates
66 Long Wharf
Boston, MA  02110

Respectfully submitted,
J & K Fishing Corp., Defendant
By its Attorney,

Charles M. Sabatt
BBO# 436740
25 Mid-Tech Drive, Suite C
West Yarmouth, Ma  02673
(508) 775-3433

Dated: June 14, 2005