UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>v.<br><br>J & K FISHING CORP.,<br>　　　　Defendant, | Civil Action No. 05 CV 10336 (RWZ) |

## CERTIFICATE OF SERVICE

I, Charles M. Sabatt, hereby certify that on June 10, 2005 I forwarded by first class mail, postage pre-paid a copy of the *Certificate As to Alternative Dispute Resolution Discussions Rule 16.1(D)(3)* which was filed with this Court on June 10, 2005 to the following:

Bradley F. Gandrup, Jr., Esquire
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110

David J. Ansel, Esquire
David J. Ansel & Associates
66 Long Wharf
Boston, MA 02110

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　J & K Fishing Corp., Defendant
　　　　　　　　　　　　　　　　　By its Attorney,

　　　　　　　　　　　　　　　　　Charles M. Sabatt
　　　　　　　　　　　　　　　　　BBO# 436740
　　　　　　　　　　　　　　　　　25 Mid-Tech Drive, Suite C
　　　　　　　　　　　　　　　　　West Yarmouth, Ma 02673
　　　　　　　　　　　　　　　　　(508) 775-3433

Dated: June 14, 2005