UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICA SPECIALTY )<br>INSURANCE COMPANY )<br>        )<br>    Plaintiff )<br>        )<br>v.      )<br>        )<br>J & K FISHING CORP., )<br>        )<br>    Defendant )<br>_____ ) | CIVIL ACTION NO. 05-10336 (RWZ) |

## NOTICE OF APPEARANCE

I, David J. Ansel, Esquire hereby give notice of my appearance as counsel for the Defendant, J&K Fishing Corporation, in the above captioned matter.

David J. Ansel, BBO No. 019900
Ansel & Associates
66 Long Wharf
Boston, MA 02110
617-367-0200

Date: June 14, 2005

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Notice of Appearance was served upon attorney for the Plaintiff Bradley F. Gandrup, Esquire, Holbrook & Murphy, 150 Federal Street, 12th Floor, Boston, MA 02110 by first class mail, postage prepaid, on this 15th day of June, 2005.

David J. Ansel, Esq.