UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY,       )
                         )
        Plaintiff,       )     CIVIL ACTION NO. 05-10336 (RWZ)
                         )
v.                       )
                         )
J & K FISHING CORP.,     )
                         )
        Defendant.       )
_____)

**PLAINTIFF'S COUNSEL'S NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK:**

This is to advise that plaintiff's counsel's mailing address has changed. The new address is: Holbrook & Murphy, 15 Broad Street, Boston, Massachusetts 01209. Our telephone number remains 617 428-1151. Our new fax number is 617 523-7379.

Please change your records accordingly.

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,
By its attorney,

Bradley F. Gandrup, Jr. (BBO# 549794)
HOLBROOK & MURPHY
15 Broad Street, 9th Fl.
Boston, MA 02109
(617) 428-1151

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2005, I have served a copy of the above document on all counsel of record by express mail, postage prepaid.

Bradley F. Gandrup, Jr.