UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY<br>INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>J & K FISHING CORP.,<br><br>    Defendant | Civil Action No. 05 CV 10336 (RWZ) |

## ASSENT TO PLAINTIFF'S MOTION FOR EXTENSION
## OF THE DISCOVERY SCHEDULE

Now comes the Defendant in the above entitled action, namely J & K Fishing Corp. and hereby assents to the allowance of *Plaintiff's Motion for Extension of the Discovery Schedule*.

J & K Fishing Corp.
By its Attorney,

_____
Charles M. Sabatt
BBO# 436740
25 Mid-Tech Drive, Suite C
West Yarmouth, Ma 02673
(508) 775-3433

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy Of The Above Document Was Served Upon The Attorney (s) of Record For Each Other Party By 1st Class Mail, Postage Prepaid/ Hand 11-20-05

November 25, 2005