UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 05-10336 (RWZ) |
| ) | |
| v. ) | |
| ) | |
| J & K FISHING CORP., ) | |
| ) | |
| Defendant, ) | |
| ) | |

**JOINT MOTION FOR CONTINUANCE OF MEDIATION**

Now come the parties to the above-captioned matter, plaintiff, North American Specialty Insurance Company ("plaintiff"), and defendant, J & K Fishing Corp. ("defendant") by undersigned counsel, and hereby jointly move for a continuance of the mediation currently set for February 21, 2006 at 2:00 p.m.

This case was referred to United States Magistrate Judge Alexander for mediation, and, on February 3, 2006 Judge Alexander scheduled the mediation for February 21, 2006 at 2:00 p.m. Plaintiff's representative with settlement authority who will be attending the mediation will be traveling to Boston from Seattle, Washington for that purpose, and has a scheduling problem for February 21, 2006. In addition, there remains an outstanding Rule 30(b)(6) deposition in this matter, because, though defendant served a Rule 30(b)(6) notice some time ago, plaintiff's Rule 30(b)(6) designee has been unable to travel to the United States from the United Kingdom to appear for deposition owing to the birth of his first child, and, defendant, as a courtesy, has consequently agreed to postpone the deposition. Plaintiff's Rule 30(b)(6) designee is now available to travel to the United States and defendant would like to complete that deposition before proceeding to mediation.

After conferring with Judge Alexander's clerk as to a date and time available for mediation, the parties jointly request that the mediation be re-scheduled for the morning of March 7, 2006.

Neither party has previously requested continuance of the mediation.

Dated: February 13, 2006

Respectfully submitted,

NORTH AMERICAN SPECIALTY INSURANCE COMPANY

By its Attorneys,

*/s/ Bradley F. Gandrup, Jr.*
_____
Bradley F. Gandrup, Jr. (BBO No. 549794)
Holbrook & Murphy
15 Broad Street, 9th Fl.
Boston, MA 02109
Tel.: (617) 428-1151, ext. 14

J & K FISHING CORP.

By its Attorneys,

*/s/ Charles M. Sabatt – (BFG)*
_____
Charles M. Sabatt (BBO No. 436740)
Ardito, Sweeney, Stusse, Robertson &
    Dupuy, P.C.
25 Mid Tech Dr.
West Yarmouth, MA 02673

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served electronically on Charles M. Sabatt, Esq. of Ardito, Sweeney, Stusse Robertson & Dupuy, P.C., 25 Mid Tech Drive, West Yarmouth, MA 02673, and David Ansel, Esq., Ansel & Associates, 66 Long Wharf, Boston, MA 02110 on February 13, 2006.

*Bradley F. Gandrup, Jr.*
_____
Bradley F. Gandrup, Jr. (BBO No. 549794)