UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, ) ) ) ) | |
| Plaintiff ) ) | Civil Action No. 05 CV 10336 (RWZ) |
| v. ) ) | |
| J & K FISHING CORP., ) ) | |
| Defendant ) ) | |

### ASSENTED TO MOTION TO ALLOW EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION UNDER FED. R. CIV. P. 8(d) THAT CERTAIN ALLEGATIONS IN PLAINTIFF'S AMENDED COMPLAINT TO BE DEEMED ADMITTED AND UNDER RULES 9(h) AND 38(e) TO STRIKE DEFENDANT'S DEMAND FOR JURY TRIAL

Now comes the Defendant in the above entitled matter and moves this Honorable Court to grant an extension to the Defendant to February 17, 2006 for time within which to file an opposition to Plaintiff's Motion Under Fed. R. Civ. P. 8(d) That Certain Allegations in Plaintiff's Amended Complaint to be Deemed Admitted and Under Rules 9(h) and 38(e) to Strike Defendant's Demand for Jury Trial.

In support of this motion the Defendant states the following:

1. The motion was served on or about January 27, 2006 upon the undersigned by mail and in hand to the undersigned co-counsel. However, at that time the undersigned was engaged in a lengthy trial at the Barnstable Superior Court.

2. The undersigned completed his work in the above referenced trial later in the afternoon of February 1, 2006 after a motion for directed finding was allowed in favor of counsel's client.

3. The undersigned was absent from his office during the course of the trial and is now catching up on various motions and other deadlines that accumulated. As a consequence the undersigned was unable to prepare an opposition prior to this date and will need additional time.

1

Co-counsel and the undersigned had agreed to divide up the work and this issue was assigned to the undersigned. Moreover, co-counsel was unable to prepare an opposition due to his schedule which included a trip to New Orleans for a deposition in this case.

    4. As indicated below, the Plaintiff's counsel has assented to this motion.

Respectfully submitted,
J & K Fishing Corp.
By Its Attorney,

_____
Charles M. Sabatt
BBO#436740
25 Mid Tech Drive
West Yarmouth, MA 02673
(508) 775-3433

Motion Assented to:

_____
Bradley F. Gandrup, Jr.
BBO# 549794
Holbrook & Murphy
15 Broad Street, Suite 900
Boston, MA 02109
(617) 428-1151

Dated: February 9, 2006

CERTIFICATE OF SERVICE
I Hereby Certify That A True Copy Of The Above Document Was Served Upon The Attorney (s) of Record For Each Other Party By 1st Class Mail, Postage Prepaid/ Hand 3-10-06

Copy E-mailed to Bradley F. Attorney Gandrup.

2