UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff | ) Civil Action No. 05 CV 10336 (RWZ) |
| v. | ) |
| J & K FISHING CORP., | ) |
| Defendant | ) |

**<u>DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION UNDER FED. R. CIV. P. 8(D) THAT CERTAIN ALLEGATIONS IN PLAINTIFF'S AMENDED COMPLAINT BE DEEMED ADMITTED AND UNDER RULES 9(H) AND 38(E) TO STRIKE DEFENDANT'S DEMAND FOR JURY TRIAL</u>**

Defendant, J & K Fishing Corp., hereby requests that this Honorable Court deny Plaintiff's Motion Under Fed. R. Civ. P. 8(D) That Certain Allegations in Plaintiff's Amended Complaint be Deemed Admitted and under Rules 9(h) and 38(e) to Strike Defendant's Demand for Jury Trial.

As grounds for this opposition, defendant submits the attached memorandum of law.

<u>REQUEST FOR ORAL ARGUMENT</u>

Defendant believes that oral argument may assist the Court in connection with this opposition and wishes to be heard.  Consequent, pursuant to LR 7.1(4)(D), Defendant requests oral argument.

                    Respectfully submitted,
                    J&K Fishing Corp., Defendant
                    By Its Attorneys,

*Charles M. Sabatt*

_____
Charles M. Sabatt
BBO#436740
25 Mid Tech Drive
West Yarmouth, MA 02673
(508) 775-3433

*David J. Ansel*

_____
David J. Ansel, Esquire
David J. Ansel & Associates
BBO#019900
66 Long Wharf
Boston, MA 02110
(617) 367-0200

Dated: February 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I served a true copy of the foregoing document by mail upon Bradley F. Gandrup, Jr., Holbrook & Murphy, 15 Broad Street, Suite 900, Boston, MA 02109

                    *Charles M. Sabatt*

                    _____
                    Charles M. Sabatt