UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
NORTH AMERICAN SPECIALTY     )
INSURANCE COMPANY,                 )
                                                  )
      Plaintiff                       )          Civil Action No. 05 CV 10336 (RWZ)
                                                  )
v.                                              )
                                                  )
J & K FISHING CORP.,                   )
                                                  )
      Defendant                    )
_____ \_\_\_\_\_)

## DEFENDANT'S MOTION TO ALLOW FILING
## OF AN AMENDED ANSWER

Now comes the Defendant in the above entitled action, namely J & K Fishing Corp. and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure hereby moves this Honorable Court to permit the Defendant to file an Amended Answer to the Plaintiff's Amended Complaint. In support of its motion the Defendant states the following:

1. The Plaintiff has filed a motion seeking an order of this court that certain answers given by the Defendant within its Answer to Plaintiff's Amended Complaint should be taken as admitted on grounds that the answers given by the Defendant were not in compliance with Rule 8(b) of the Federal Rules of Civil Procedure.

2. While the Defendant does not waive its position that the contested answers were appropriate and should not be taken as admissions, the Defendant believes that it can respond to the paragraphs in question in strict conformity with the provisions of 8(b).

3.  Now that discovery has nearly been completed the Defendant may be in a position to admit or to deny some of the allegations to which the Defendant was not previously able to admit or deny as the Defendant lacked sufficient knowledge or information.

4.  There is no prejudice to the Plaintiff because the Defendant has no intention of now denying facts to which it previously admitted. Therefore the Plaintiff would not have been mislead into foregoing discovery or request for admissions that it might have otherwise have made. Moreover, the fact that the Plaintiff now seeks to have certain of Defendant's responses deemed to be admitted the Plaintiff clearly did not regard these contested responses as being admissions.

REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument may assist the Court in connection with this opposition and wishes to be heard. Consequent, pursuant to LR 7.1(4)(D), Defendant requests oral argument.

Respectfully submitted,
J&K Fishing Corp., Defendant
By Its Attorneys,

*Charles M. Sabatt*

_____
Charles M. Sabatt
BBO#436740
25 Mid Tech Drive
West Yarmouth, MA 02673
(508) 775-3433

*David J. Ansel*

_____
David J. Ansel, Esquire
David J. Ansel & Associates
BBO#019900
66 Long Wharf
Boston, MA 02110
(617) 367-0200

February 21, 2006