# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

North American Specialty Ins. Co.
                    Plaintiff(s)

                    V.

J&K Fishing Corporation
                    Defendant(s)

CIVIL ACTION

NO. 05-CV-10336-RWZ

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE_____RYA W. ZOBEL_____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _March 7th, 2006_____ I held the following ADR proceeding:

_____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

__X____    MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

_____    MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except

_____].

The case was:

[X ]    Settled.  Your clerk should enter a 60  day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless

the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____

_____

3/7/2006
DATE

/S/  JOYCE LONDON ALEXANDER
ADR Provider

_____

(ADR Report.wpd  - 4/12/2000)                                    [adrrpt.]