UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTH AMERICAN SPECIALTY ) <br> INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J & K FISHING CORP., ) <br> ) <br> Defendant, ) <br> ) | CIVIL ACTION NO. 05-10336 (RWZ) |

**JOINT MOTION FOR EXTENSION OF ORDER OF DISMISSAL**

Now come plaintiff, North American Specialty Insurance Company ("plaintiff"), and defendant, J & K Fishing Corp. ("defendant"), by their undersigned counsel, and hereby jointly move for a thirty day extension of the Order of Dismissal entered in this matter on March 8, 2006.

This Joint Motion for Extension is made in an abundance of caution. The parties have agreed to settle the matter, and have prepared and partially executed closing documents, obtaining two of the three necessary signatures. Despite its best efforts, defendant may, however, encounter difficulty in obtaining the third and final signature, of an officer of the defendant corporation with certain health problems, by the May 8, 2006 operative date of the Court's Order of Dismissal. Though defendant may obtain the necessary and final signature quite soon, for the sake of good order, the parties jointly move that the Court extend its Order of Dismissal by thirty days, to and including June 8, 2006.

The parties have requested no previous extension of the Court's Order of Dismissal.

For the foregoing reasons, the parties jointly request that the Court's Order of Dismissal be extended to and including June 8, 2006.

Dated: May 5, 2006                                    Respectfully submitted,

                                                      NORTH AMERICAN SPECIALTY
                                                      INSURANCE COMPANY

                                                      By its Attorneys,

                                                      */s/ Bradley F. Gandrup, Jr.*
                                                      _____
                                                      Bradley F. Gandrup, Jr. (BBO No. 549794)
                                                      Holbrook & Murphy
                                                      150 Federal Street, 12th Fl.
                                                      Boston, MA 02110
                                                      Tel.: (617) 428-1151, ext. 230

                                                      J & K FISHING CORP.

                                                      By its Attorneys,

                                                      */s/ Charles M. Sabatt*
                                                      _____
                                                      Charles M. Sabatt (BBO No. 436740)
                                                      Ardito, Sweeney, Stusse, Robertson &
                                                          Dupuy, P.C.
                                                      25 Mid Tech Dr.
                                                      West Yarmouth, MA 02673

**CERTIFICATE OF SERVICE**

I hereby certify pursuant to that a true copy of the above document was served electronically on Charles M. Sabatt, Esq. of Ardito, Sweeney, Stusse Robertson & Dupuy, P.C., 25 Mid Tech Drive, West Yarmouth, MA 02673, and David Ansel, Esq., Ansel & Associates, 66 Long Wharf, Boston, MA 02110 on May 5, 2006.

Dated:  May 5, 2006                                   */s/ Bradley F. Gandrup, Jr.*
                                                      _____
                                                      Bradley F. Gandrup, Jr. (BBO No. 549794)